FEB 5 2020 PM 12:19
FILED - USDC - CT - BPT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 320:CR18(SRU)(RAR) |
| v. | VIOLATION: |
| COLIN FOX | 21 U.S.C. § 846 <br> (Conspiracy to Distribute and to Possess with Intent to Distribute Alprazolam and Fentanyl Analogue) |



FILED BY ___TM___ D.C.
Feb 11, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

INDICTMENT

CASE NO. 20-8058-BER

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute
Alprazolam and Fentanyl Analogue)

1. From on or about June 9, 2016 through on or about October 8, 2017, the exact dates unknown, in the District of Connecticut and elsewhere, the defendant COLIN FOX and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another to distribute and to possess with intent to distribute controlled substances, namely a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance, and a mixture or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

QUANTITIES OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

2. The defendant COLIN FOX and others known and unknown to the Grand Jury knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 10 or more grams of

a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

3. The defendant COLIN FOX and others known and unknown to the Grand Jury knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
(Controlled Substances Offense)

4. Upon conviction of the controlled substances offense alleged in Count One of this Indictment, the defendant COLIN FOX shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United

States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY

JOHN PIERPONT
ASSISTANT UNITED STATES ATTORNEY

FRANK LIN
TRIAL ATTORNEY